1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KUANGHUEI LIANG, et al.,                No.  2:21-cv-00596-TLN-JDP

12              Plaintiffs,

13        v.                                 **ORDER**

14   JOYCELYN ANDERSON,

15              Defendants.

16

17        On November 1, 2021, the magistrate judge filed findings and recommendations herein

18   which were served on the parties and which contained notice that any objections to the findings

19   and recommendations were to be filed within fourteen days.  (ECF No. 5.)  No objections were

20   filed.

21        The Court has reviewed the applicable legal standards and, good cause appearing,

22   concludes that it is appropriate to adopt the proposed findings and recommendations in full.

23        Accordingly, IT IS ORDERED that:

24        1.  The proposed Findings and Recommendations filed November 1, 2021, (ECF No. 5),

25            are ADOPTED;

26        2.  Plaintiffs' case is dismissed with prejudice as frivolous; and

27   ///

28   ///

1        3.   The Clerk of Court is directed to close the case.

2   **DATED:  January 10, 2022**

3

4

5   _____
    Troy L. Nunley

6   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2